**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1359**

THOMAS W. CAMERON,

Plaintiff - Appellant,

versus

JOHN E. POTTER, U.S. Postmaster General, U.S.
Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:05-cv-01116-CMH)

Submitted: August 24, 2006          Decided: August 29, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas W. Cameron, Appellant Pro Se.  Leslie Bonner McClendon,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas W. Cameron appeals the district court's order granting the Defendant's motion to dismiss as untimely filed Cameron's complaint alleging employment discrimination on the basis of disability and age. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cameron v. Potter, No. 1:05-cv-01116-CMH (E.D. Va. Jan. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED